FILED BY _____ D.C.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 MAY 10 PM 1:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **JOHN C. BULLOCK,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **SOCIAL SECURITY** | **CASE NO: 04-2387-B** |
| **ADMINISTRATION, et al.,** | |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on March 18, 2005, this cause is hereby dismissed.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

May 10, 2005
Date

_____
ROBERT R. DI T...
**Clerk of Court**

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02387 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

John Christian Bullock
2242 Hunter Ave.
Memphis, TN 38108

Honorable J. Breen
US DISTRICT COURT